# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

**LAURA FOSTER,**
   *Plaintiff*

**v.**

**KILBOLO KIJAKAZI, as Social**
**Security Commissioner,**
   *Defendant*

§
§
§
§
§
§
§
§

**Case No. 1:21-cv-01161-LY-SH**

## <u>ORDER</u>

On June 23, 2022, the undersigned issued a Report and Recommendation that the District Court reverse and remand this case under the fourth sentence of section 405(g) of the Commissioner of the Social Security to conduct further administrative proceedings. Dkt. 14. The District Court adopted the Report and Recommendation and remanded the case to the Social Security Administration on July 11, 2022. Dkt. 15.

On July 25, 2022, Plaintiff Laura Foster filed an Unopposed Motion to Enlarge Time to File a Motion for Attorneys' Fees Under Section 406(b) of the Social Security Act. Dkt. 16. Because Plaintiff is waiting for a new hearing to be set with the ALJ, she cannot comply with the 14-day deadline under Federal Rule of Civil Procedure 54 to file a motion for attorneys' fees. Accordingly, the deadline for Plaintiff to file a motion for attorneys' fees will now be **14 days** after all administrative proceedings are completed in this case.

**SIGNED** on August 3, 2022.

              _____
              SUSAN HIGHTOWER
              UNITED STATES MAGISTRATE JUDGE